UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| KARI MASSEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:09CV0093 JCH |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed May 3, 2010. See 28 U.S.C. §636. In his report, Magistrate Judge Noce recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. (Doc. No. 16). Plaintiff was granted fourteen (14) days to object to the recommendation. On May 7, 2010, Plaintiff filed her Objections to Report and Recommendations of United States Magistrate Judge.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will affirm the final decision of the Commissioner, and dismiss this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 14th day of June, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE